42 So.2d 845

**James CARTHAN v. STATE.**
**4 Div. 124.**

Court of Appeals of Alabama.
Nov. 22, 1949.

Jas. M. Prestwood, of Andalusia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

41 So.2d 916

**Le Grant CASON v. STATE.**
**7 Div. 998.**

Court of Appeals of Alabama.
July 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 924

**Mildredge CHILDERS v. Nora BARNETT.**
**8 Div. 713.**

Court of Appeals of Alabama.
April 5, 1949.

J. N. Powell, of Hartselle, for appellant.
Grady J. Long, of Hartselle, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed.

39 So.2d 924

**G. T. CHILDERS v. Nora BARNETT.**
**8 Div. 714.**

Court of Appeals of Alabama.
April 5, 1949.

J. N. Powell, of Hartselle, for appellant.
Grady J. Long, of Hartselle, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed.

38 So.2d 197

**William Claude CHOATE v. STATE.**
**6 Div. 703.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 55

**William Claude CHOATE v. STATE.**
**6 Div. 704.**

Court of Appeals of Alabama.
Jan. 11, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.